IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

BRANDON HUMBLE,

                Defendant.

ORDER

12-po-04-slc

---

Having found the defendant Brandon Humble guilty of the traffic violations charged in CVB Violation Notices 3029658 (speeding), 3029659 (expired registration), 3029660 (absolute sobriety), 3029663 (operating with PAC), and 3029664 (underage drinking), on June 20, 2014, the court held a sentencing hearing.  After hearing from both sides, the court imposed as its sentence the fine and license revocation & suspension recommended by the government and unopposed by the defendant.

IT IS ORDERED that:

(1) Defendant Brandon Humble's driver's license is REVOKED for a period of six months on Violation # 3029663 and SUSPENDED for three months on Violation # 3029660, these terms to run CONCURRENTLY.

(2) defendant Brandon Humble shall pay fines totaling $831.50 to the Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703, not later than August 22, 2014.  A $25 criminal assessment fee is also imposed which is to be paid to the Clerk of Court immediately.

Entered this 20th day of June, 2014.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge